AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Myrna Gallegos
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Jorge Mario HERNANDEZ<br><br>*Defendant(s)* | Case No. **EP-25-MJ-4677-ATB** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 21, 2025 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | knowingly and intentionally import into the United States from the Republic of Mexico a quantity of Cocaine, to wit; approximately 18.08 kilograms of Cocaine and 7.14 kilograms of Methamphetamine, a Schedule II Controlled Substance; |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Johnathan Winchester*
Complainant's signature

Johnathan Winchester
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/22/2025

*[signature]*
Judge's signature

City and state: El Paso, Texas

Anne T. Berton, United States Magistrate Judge
Printed name and title

Complaint sworn to telephonically on August 22, 2025 at 01:34 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

**Affidavit**

On August 21, 2025, at approximately 9:41 A.M., Jorge Mario HERNANDEZ, a United States Citizen, who lives full time in Mexico was driving a 2014 maroon in color Honda Civic bearing Texas plate PYG0683 when he applied for entry into the United States (US) from Mexico via the vehicular primary lanes at the Bridge of the Americas (BOTA) Port of Entry (POE), in El Paso, Texas, which is within the Western District of Texas.

Customs and Border Protection Officer (CBPO) observed anomalies in pre-primary vehicular lane. A Canine Enforcement Officer (CEO) was requested to the location.

CEO took Concealed Narcotics Detector Dog (NDD) to conduct a sniff of the maroon Honda Civic with Texas plate PYG0683. NDD alerted to the odor of a controlled substance emitting from the trunk area of the vehicle.

HERNANDEZ was met by the primary CBPO in vehicular lane eight. CBPO asked HERNANDEZ where he was going, and HERNANDEZ stated to Walmart. CBPO asked HERNANDEZ where he was coming from, HERNANDEZ replied "he was leaving his wife house in Juarez." CBPO asked HERNANDEZ who the vehicle belongs to, and HERNANDEZ stated he owned the vehicle. CBPO asked HERNANDEZ if anyone had taken possession of the vehicle or driven the vehicle and HERNANDEZ replied "no." CBPO asked HERNANDEZ if he had any drugs or firearms inside the vehicle, HERNANDEZ replied "no." CBPO asked HERNANDEZ if he is responsible for everything inside the vehicle, HERNANDEZ replied "yes." CBPO asked HERNANDEZ how much cash he has in his possession, HERNANDEZ replied "$660 dollars." An inspection of the vehicle was conducted by CBPO. Five black bundles were discovered inside the driver side quarter panel, which later tested positive for methamphetamine. HERNANDEZ's vehicle was taken to a secure location for further inspection.

While conducting a further inspection of the vehicle, NDD alerted to the odor of a controlled substance in the spare tire. CBPO noticed the weight felt heavier than usual for typical spare tires. CBPO released the air from the tire and NDD conducted another sniff. NDD alerted again to the positive odor of a controlled substance. CBPO also observed multiple rectangular black bundles inside the rear quarter panel.

CBPO attempted to talk to HERNANDEZ. CBPO stated HERNANDEZ appeared nervous by not being able to sit still and avoiding eye contact. CBPO asked HERNANDEZ where he was going again. HERNANDEZ stated to fix the insurance because it's going to expire and go to Walmart for shopping. CBPO asked HERNANDEZ what his purpose in Mexico was, HERNANDEZ stated he was visiting his wife. CBPO asked HERNANDEZ if he lived in Mexico or El Paso, HERNANDEZ replied "Mexico with my wife." CBPO asked HERNANDEZ who the vehicle belongs to, HERNANDEZ stated he is the owner. CBPO asked HERNANDEZ if anyone else drove or crossed his vehicle, HERNANDEZ replied "no, I'm the only one that drives my car." CBPO asked a second time if anyone has driven his vehicle, HERNANDEZ stated no one has driven his car, not even his wife. CBPO asked HERNANDEZ if there have been any repairs to his vehicle, HERNANDEZ stated only repairs to the front bumper. CBPO noticed HERNANDEZ appeared to be nervous by his quick responses, constant movement of his hands, rubbing his thigs and avoiding eye contact. CBPO asked HERNANDEZ what he does for work, HERNANDEZ stated he was a truck driver. CBPO asked HERNANDEZ when the last time was, he worked as a truck driver, HERNANDEZ replied "two months." CBPO asked HERNANDEZ if he was currently working, HERNANDEZ replied "no." CBPO asked HERNANDEZ how he

was able to sustain himself, HERNANDEZ stated he had money saved up from the past to sustain himself. CBPO asked HERNANDEZ if he was traveling with money, HERNANDEZ stated he has about $50 US dollars. CBPO asked HERNANDEZ if he was brining any fruits, vegetables, meats, alcohol, tobacco, firearms, ammunition, drugs, narcotics or medication, HERNANDEZ replied "no." CBPO asked HERNANDEZ a second time for a declaration exactly as he did the first time, HERNANDEZ replied "no." CBPO asked HERNANDEZ if he takes full responsibility of everything in the vehicle, HERNANDEZ replied "yes." CBPO asked HERNANDEZ if there had been anyone who had asked him or force him to bring anything from Mexico to the United States for them, HERNANDEZ replied "no." CBPO asked HERNANDEZ if he answered any job postings or ads on Facebook, Craigslist or any other internet platform which entailed to bring anything from Mexico into the United States for someone else; Hernandez replied "no." CBPO asked HERNANDEZ once again if the vehicle belongs to him and everything inside, HERNANDEZ replied "yes." HERNANDEZ was escorted to a secure location.

After further inspection of the vehicle, a total of 17 bundles combined for an aggregate weight of 18.08 kilograms (kgs) were found in the panels of HERNANDEZ's vehicle. The white substance tested positive for properties of cocaine. A total of 14 bundles combined for an aggregate weight of 7.14 kgs was found in the spare tire. The white substance tested positive for properties of methamphetamine.

Homeland Security Investigations (HSI) Special Agent (SA) Johnathan Winchester and HSI Task Force Officer (TFO) Sergio Contreras was contacted and briefed on the details of the incident. SA Winchester and his partners responded to the BOTA POE to investigate. HERNANDEZ was read his Miranda Rights in the Spanish language. HERNANDEZ waived his rights and consented to speak to SAs without an attorney present. HSI TFO asked HERNANDEZ where he was going. HERNANDEZ stated he was going to drop his car off at an unknown location. HERNANDEZ stated once he crossed, he would be given a location to take the car. HSI TFO asked HERNANDEZ what he was bringing from Mexico, HERNANDEZ stated he was told he was bringing documents and/or money. HSI TFO asked if he knew the person of the request, HERNANDEZ stated he met a guy name "Diego" through an ad on social media. HSI TFO asked HERNANDEZ where he would meet Diego to pick up documents, HERNANDEZ stated he would meet Diego in Mexico in a parking lot. HSI TFO asked what happens during the meet, HERNANDEZ stated Diego would take his car for a short, bring it back with a GPS on it and documents hidden in the vehicle. HSI TFO asked HERNANDEZ if he ever seen any documents that he was supposed to cross with, HERNANDEZ replied "no." HSI TFO asked HERNANDEZ if he ever seen the money he was transporting, HERNANDEZ replied "no." HSI TFO asked HERNANDEZ if he ever thought his arrangement with Diego was strange, HERNANDEZ stated he did think it was odd to put a tracker on his car each time he would cross for Diego, but trusted him despite only knowing him through the social media ad. HSI TFO asked HERNANDEZ how much does he get paid, HERNANDEZ stated he gets paid $300 US dollars each trip. HSI TFO asked HERNANDEZ what's the most he's made to cross with documents or money, HERNANDEZ stated about $500 or $600 US dollars. HSI TFO asked HERNANDEZ what kind of documents he was crossing, HERNANDEZ replied "I don't know." HSI TFO asked HERNANDEZ why he lied to CBP when asked about the social media ad, HERNANDEZ replied "I don't know." HSI TFO asked HERNANDEZ why Diego does not transfer the money, HERNANDEZ replied "I don't know." HSI TFO asked HERNANDEZ why anyone would take your car and put a GPS tracker on it to cross documents and money, HERNANDEZ replied "I don't know." HSI TFO asked HERNANDEZ how many times he has crossed with documents or money from Diego, HERNANDEZ confirmed at least six crossings.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.